Tyrone W. MILES, Petitioner–Appellant,

v.

Michael MARTEL, Warden, Respondent–Appellee.

No. 10–15633.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 15, 2012.

Submission Vacated Feb. 21, 2012.

Resubmitted Sept. 28, 2012.

Filed Nov. 21, 2012.

Michael S. Romano (argued), Mills Legal Clinic, Stanford, CA, for petitioner-appellant.

David Eldridge (argued), Office of the California Attorney General, Sacramento, CA, for respondents-appellees.

Before: HUG, and PAEZ, Circuit Judges.

ORDER

Having considered the parties' stipulation and joint motion to vacate the court's opinion in this case, the court orders the following:

1. The opinion filed on September 28, 2012 and reported at 696 F.3d 889 is withdrawn.

2. This case is ordered remanded to the district court with directions to enter judgment granting a writ of habeas corpus directing that Petitioner Miles be released from custody as soon as possible and no later than 48 hours after entry of the district court's judgment.

3. The filing of this order shall serve as the court's mandate.

IT IS SO ORDERED.